1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

11  RENEE BANKS,

12          Plaintiff,

13      v.

14  RITE AID CORPORATION,

15          Defendant.

Case No.  1:19-cv-01664-NONE-EPG

ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

(ECF No. 14)

16

17      Plaintiff, Renee Banks, and Defendant, Rite Aid Corporation, have filed a stipulation to

18  dismiss the entire action with prejudice (ECF No. 14.) In light of the stipulation, the case has

19  ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San*

20  *Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is directed to assign a

21  district judge to this case for the purpose of closing the case and then to close this case.

22

IT IS SO ORDERED.

23

24    Dated:   **May 11, 2020**              /s/ *Erica P. Grosjean*

25                                    UNITED STATES MAGISTRATE JUDGE

26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28